**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LUTHER MARBURY**                                                                              **PLAINTIFF**

**v.**                                    **Case No. 4:21-cv-00743-KGB**
                                          **Case No. 4:20-md-2949 KGB**

**WRIGHT MEDICAL GROUP INC.,** *et al.*                                          **DEFENDANTS**

## <u>ORDER</u>

Before the Court is a stipulation of dismissal with prejudice (Dkt. No. 12).  The stipulation

accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  For good cause shown,

the Court adopts the stipulation of dismissal.  The action is dismissed with prejudice, with each

party to bear its own costs and fees.

It is so ordered this 24th day of January, 2023.

_____
Kristine G. Baker
United States District Judge